[Stamped order, upper right:]
[Date] Dec '09 IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

/s/ Gary L. Lancaster
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

In The United States District Court For The Western District of Pennsylvania

James A Cogley, Plaintiff

vs

Allstate Insurance Company, Defendant

Civil Action No: 09-852

FILED
NOV 25 2009
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Motion For Judgment By Default

Plaintiff, James A Cogley, Pro se, files the following Motion for Judgment by Default and respectfully sets forth as follows:

1) Plaintiff filed this action on June 03, 2009 and filed an Amended Complaint on or about August 07, 2009.

2) Defendant filed a Motion To Dismiss Plaintiff's Amended Complaint Pursuant to F.R.C.P. 12(b)(6) and 12(e) of the Federal Rules of Civil Procedure on or about August 21, 2009. Said Motion was Denied on October 21, 2009.

3) Defendant failed to file a written response pleading within 20 Days of the Denial of said Motion To Dismiss.

4) Accordingly, Defendant is in Default of this Action.