IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES A. COGLEY, | ) | No. 2:09-cv-852 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Jury Trial Demanded |
| | ) | |
| ALLSTATE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

AND NOW, come the parties to the above-captioned action, by counsel, and stipulate to dismissal of this action, including all claims and counterclaims asserted in the action.

Respectfully submitted,

DiBELLA, GEER, McALLISTER & BEST, P.C.


By: /s/Richard W. DiBella
Richard W. DiBella, Esquire
Attorney for Defendant,
ALLSTATE INSURANCE COMPANY


BY: /s/Jose W. Hernandez-Cuebas
Jose W. Hernandez-Cuebas, Esquire
Attorney for Plaintiff,
JAMES A. COGLEY

SO ORDERED, this 2nd day of June, 2010.

Gary L. Lancaster, Chief U.S. District Judge